# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

JUN 0 7 2005

FILED

2005 JUN -7 P 5: 05
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.
AT FRESNO
BY _____
              DEPUTY

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:04-CR-5327 AWI |
| Efrain Vera Lopez ) | |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Efrain Vera Lopez____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

That the following condition of release related to electronic monitoring be modified: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

**CURFEW:** You are restricted to your residence everyday from 9:00 p.m. to 5:00 a.m., as directed by the Pretrial Services Officer.

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  5/30/05                    _[signature]_  6-1-2005
Signature of Defendant     Date            Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                              6/7/2005
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                              6-6-05
Signature of Defense Counsel               Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  Forthwith
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                              June 7, 2005
Signature of Judicial Officer              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services