# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

JUN 0 7 2005

FILED

|  |  |
|---|---|
| **United States of America** ) | 2005 JUN -7 P 5: 05 |
| **vs.** ) | **Case No. 1:04-CR-5327 AWI** |
| **Efrain Vera Lopez** ) | CLERK, US DIST. COURT |
| ) | EASTERN DIST. OF CALIF. |

BY_____ DEPUTY

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Efrain Vera Lopez_____ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

That the following condition of release related to electronic monitoring be modified: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

> **CURFEW:** You are restricted to your residence everyday from 9:00 p.m. to 5:00 a.m., as directed by the Pretrial Services Officer.

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/30/05          _____  6-1-2005
Signature of Defendant     Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    _____
Signature of Assistant United States Attorney     6/7/2005
                                             Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    _____
Signature of Defense Counsel                  6-6-05
                                             Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on     Forthwith

☐ The above modification of conditions of release is *not* ordered.

_____                    _____
Signature of Judicial Officer                 June 7, 2005
                                             Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services