# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Efrain Vera Lopez | Case No. 1:04-CR-5327 AWI |

**FILED 2005 DEC 12 AM**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Efrain Vera Lopez____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

<u>Vacate the following condition</u>: The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. **Curfew:** You are restricted to your residence every day from 9:00 p.m., to 5:00 a.m., or as approved by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-06-05          _____  12-6-2005
Signature of Defendant    Date              Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    12/7/2005
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    12-2-05
Signature of Defense Counsel                Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___today___.
[ ] The above modification of conditions of release is *not* ordered.

_____                    Dec 12, 2005
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services