1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for EFRAIN VERA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR F 04-5327 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO RELEASE COLLATERAL SECURING PROPERTY BOND |
| vs. | ) | |
| EFRAIN VERA LOPEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely Efrain Vera Lopez, through his attorney, Daniel A. Bacon, and the United States of America, through its attorney, Assistant United States Attorney Laurel J. Montoya, that the property located at 1209 East Malaga Avenue, Fresno, California 93725, owned by Juan Pedraza and Elena Pedraza, legally described as "The West 75 feet of Lot 105 and the West 75 feet of that portion of Lot 108 lying North of the center line of the American Colony Canal, in Malaga Tract, according to the map thereof recorded in Book 2 Page 17 of Plats, Fresno County Records," APN 330-160-02, can be released by the Clerk of the United States District Court for the Eastern District of California as collateral for the property bond release of Efrain Vera Lopez.

Dated: March 23, 2006.  /s/ Daniel A. Bacon
                        DANIEL A. BACON, Attorney for
                        EFRAIN VERA LOPEZ

Dated: March 17, 2006.  McGREGOR SCOTT, United States Attorney

                        By: /s/ Laurel J. Montoya
                        LAUREL J. MONTOYA, Assistant U.S. Attorney

1

1  ORDER

2  It having been stipulated by the parties hereto, and good cause appearing
3  therefor,

4  IT IS HEREBY ORDERED that the Clerk of the United States District Court
5  for the Eastern District of California shall issue a Deed of Reconveyance and thereby
6  release the property located at 1209 East Malaga, Fresno, California 93725, legally
7  described as "The West 75 feet of Lot 105 and the West 75 feet of that portion of Lot 108
8  lying North of the center line of the American Colony Canal, in Malaga Tract, according to
9  the map thereof recorded in Book 2 Page 17 of Plats, Fresno County Records," APN 330-
10 160-02, to its owners, Juan Pedraza and Elena Pedraza.  This Deed of Reconveyance
11 shall release the security and collateral established by that Deed of Trust with Assignments
12 of Rents recorded with the Fresno County Recorder on February 1, 2005 as Document No.
13 20050022841.

15 IT IS SO ORDERED.

16 **Dated:   March 28, 2006**           **/s/ Anthony W. Ishii**
   0m8i78                                 UNITED STATES DISTRICT JUDGE

2