**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for EFRAIN VERA LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EFRAIN VERA LOPEZ,<br><br>    Defendant. | No. CR F 04-5327 AWI<br><br>STIPULATION AND ORDER TO RELEASE COLLATERAL SECURING PROPERTY BOND |

IT IS HEREBY STIPULATED by and between the parties hereto, namely Efrain Vera Lopez, through his attorney, Daniel A. Bacon, and the United States of America, through its attorney, Assistant United States Attorney Laurel J. Montoya, that the property located at 3770 West Barstow, No. 143, Fresno, California 93722, owned by Efrain Vera, legally described as "Lot 160 of Tract No. 3402, Sunrise Meadows, according to the map thereof recorded in Book 39 pages 35, 36 and 37 of Plats, Fresno County Records," APN 415-570-03, can be released by the Clerk of the United States District Court for the Eastern District of California as collateral for the property bond release of Efrain Vera Lopez.

Dated: January 26, 2007.　　　　　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　　　　　　DANIEL A. BACON, Attorney for
　　　　　　　　　　　　　　　　　　　EFRAIN VERA LOPEZ

Dated: January 26, 2007.　　　　　　　McGREGOR SCOTT, United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ Laurel J. Montoya
　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA, Assistant U.S. Attorney

ORDER

It having been stipulated by the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Eastern District of California shall issue a Deed of Reconveyance and thereby release the property located at 3770 West Barstow, No. 143, Fresno, California 93722, owned by Efrain Vera, legally described as "Lot 160 of Tract No. 3402, Sunrise Meadows, according to the map thereof recorded in Book 39 pages 35, 36 and 37 of Plats, Fresno County Records," APN 415-570-03, to its owner, Efrain Vera.  This Deed of Reconveyance shall release the security and collateral established by that Deed of Trust with Assignments of Rents recorded with the Fresno County Recorder on February 9, 2005 as Document No. 20050031339.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

Stipulation and Order to Release Collateral Securing Property Bond

2