**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
Telephone: (559) 241-7000

Attorney for EFRAIN VERA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>EFRAIN VERA LOPEZ,<br><br>   Defendant. | No. CR F 04-5327 AWI<br><br>DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |

  Defendant EFRAIN VERA LOPEZ, by and through his attorney, Daniel A. Bacon, hereby requests an order that the court exonerate his bail and order the clerk to reconvey all of the deeds of trust securing real property which were used as collateral in this case, and also to return his passport to him.

  This court originally released Efrain Vera Lopez on a $1,000,000 bond, which was secured by six properties with equities exceeding $500,000.  These properties included the following:

1. Juan and Elena Pedraza   Fresno County Document No.
  1209 East Malaga       20050022841
  Fresno, CA  93725      Recorded 2/1/05

2. Juan and Elena Pedraza   Fresno County Document No.
  969 North Hughes      20050022843
  Fresno, CA  93728      Recorded 2/1/05

3. Juan and Elena Pedraza   Fresno County Document No.
  1919 East Divisadero     20050022842
  Fresno, CA  93701      Recorded 2/1/05

4. Arturo and Anita Vera    Fresno County Document No.
  6318 North Wheeler Avenue  20050022844
  Fresno, CA  93722      Recorded 2/1/05

| | | |
|---|---|---|
| 5. | Efrain and Lilia Vera Lopez<br>5328 North Silverado<br>Fresno, CA  93722 | Fresno County Document No.<br>20050031338<br>Recorded 2/9/05 |
| 6. | Efrain Vera Lopez<br>3770 West Barstow, No. 143<br>Fresno, CA  93722 | Fresno County Document No.<br>20050031339<br>Recorded 2/9/05 |

The court also required Mr. Vera Lopez to surrender his passport to the clerk of the court.

Previously, this court has ordered the exoneration and reconveyance of the properties located at 1209 East Malaga, Fresno, and 3770 West Barstow, Fresno.

On June 4, 2007, this court sentenced the defendant to three months in custody, with credit for time already served.  All counts pending against Mr. Vera Lopez were dismissed by the government.

As Efrain Vera Lopez has been sentenced, it is respectfully requested that this court order that all bail in the matter be exonerated, and that the clerk of the court reconvey all deeds of trust, collateralizing the bonds, specifically on the following properties to the following persons:

1. Juan and Elena Pedraza
   969 North Hughes
   Fresno, CA  93728

2. Juan and Elena Pedraza
   1919 East Divisadero
   Fresno, CA  93701

3. Arturo and Anita Vera
   6318 North Wheeler Avenue
   Fresno, CA  93722

4. Efrain and Lilia Vera Lopez
   5328 North Silverado
   Fresno, CA  93722

It is also respectfully requested that the clerk of the court be ordered to return Mr. Vera Lopez's passport to him.

Dated: August 6, 2007.                    Respectfully submitted,

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
EFRAIN VERA LOPEZ

ORDER

IT IS HEREBY ORDERED that the appearance bond be exonerated, and the clerk of the court be ordered to reconvey all properties used to collateralize the bond, specifically the following properties to the following people:

1. Juan and Elena Pedraza
   969 North Hughes
   Fresno, CA  93728

2. Juan and Elena Pedraza
   1919 East Divisadero
   Fresno, CA  93701

3. Arturo and Anita Vera
   6318 North Wheeler Avenue
   Fresno, CA  93722

4. Efrain and Lilia Vera Lopez
   5328 North Silverado
   Fresno, CA  93722

IT IS ALSO ORDERED that the clerk of the court return Mr. Vera Lopez's passport to him.

IT IS SO ORDERED.

Dated:   **August 6, 2007**              /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE